**E-FILED**
Thursday, 07 March, 2013  08:51:38 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SANDRA A. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-3268 |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

SUE E. MYERSCOUGH, U.S. District Judge:

A Report and Recommendation was entered by U.S. Magistrate Judge Byron Cudmore in the above cause on January 25, 2013. See d/e 13. In the Report and Recommendation, Judge Cudmore recommends that Plaintiff Sandra A. Nelson's Motion for Summary Judgment (d/e 8) be allowed and that Defendant Social Security Commissioner's request for summary affirmance be denied (d/e 12). More than fourteen (14) days have passed since entry of the Report and Recommendation. Neither party has made any objections. See 28 U.S.C. § 636(b)(1). Therefore, the Court ACCEPTS the Report

and Recommendation.  See Video Views, Inc. v. Studio 21, Ltd., 797

F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1)    The Report and Recommendation (d/e 13) is ACCEPTED

by this Court; and

(2)    The decision of the Commissioner is reversed and

remanded for further proceedings pursuant to sentence four of 42

U.S.C. § 405(g).

ENTER: March 7, 2013

FOR THE COURT:                                        s/ Sue E. Myerscough
                                                     SUE E. MYERSCOUGH
                                             UNITED STATES DISTRICT JUDGE